THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
 In The Supreme Court

 
 
 
 
 Quality Towing, Inc., Respondent,
 
 
 

v.
 
 
 
 
 City of Myrtle Beach and William D. Stephens, Appellants.
 
 
 

Appeal From Horry County
 Jack M. Scoville, Jr., Special Referee

Memorandum Opinion No. 2004-MO-055 
 Heard September 23, 2004 - Filed October 11, 2004

AFFIRMED IN RESULT

 
 
 
 
 Andrew F. Lindemann, of Davidson, Morrison, and Lindemann, P.A., of 
 Columbia and Charles B. Jordan, Jr., of Van Osdell, Lester, Howe, and 
 Jordan, P.A., of Myrtle Beach, for Appellants.
 Robert C. Childs, III and Laura W.H. Teer, both of Mitchell, Bouton, 
 Yokel & Childs, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Affirmed in result pursuant to Rule 220(b)(1), and the 
 following authority:  Blumberg v. Nealco, Inc., 310 S.C. 492, 494, 427 
 S.E.2d 659, 661 (1993) (on appeal an award of attorneys fees will be affirmed 
 so long as sufficient evidence in the record supports each factor).
AFFIRMED IN RESULT.
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.